

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00341-CV

_____

IN THE INTEREST OF C.P., A CHILD

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-640176-18

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On January 8, 2020, we notified Appellant that his brief had not been filed as required. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed his brief with an accompanying motion reasonably explaining the untimely filing and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b), 44.3. We have received no response.

Because Appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Delivered: February 13, 2020